JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIETZ; and CINDY DIETZ<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, fka COUNTRYWIDE; and RECONSTRUCT, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. EDCV 10-0318 VAP (OP)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 12, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge